IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH M. ALLEN,

      Appellant,

v.

                                     Case No.  5D23-855
                                     LT Case No. 2022-100632-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Joseph M. Allen, Daytona Beach, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., SOUD and MACIVER, JJ., concur.